IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Elsa Elloriaga, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | No.   10 C 8198 |
| | ) | |
| Simm Associates, Inc., a Delaware | ) | Judge Kendall |
| corporation, LVNV Funding, LLC, a | ) | |
| Delaware limited liability company, | ) | |
| Resurgent Capital Services, L.P., a | ) | |
| Delaware limited partnership and | ) | |
| Valentine & Kebartas, Inc., a | ) | |
| Massachusetts corporation, | ) | |
|     Defendants. | ) | |

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby voluntarily dismisses her claims against the Defendants, with prejudice.

Dated: February 7, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2011, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on February 7, 2011.

Charles Boarman, General Counsel
Simm Associates, Inc
800 Pencader Drive
Newark, Delaware 19702

Michael Bahner, Managing Counsel
LVNV Funding, LLC/Resurgent Capital Services, LP
15 S. Main Street
Suite 600
Greenville, South Carolina 29601

Robert Handley, Office Manager
Valentine & Kebartas, Inc.
524 Cleveland Blvd.
Suite 201
Caldwell, Idaho 83605


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2